[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No.04-12759
Non-Argument Calendar
_____

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
July 21, 2005
THOMAS  K. KAHN
CLERK

D.C. Docket No.03-00302-CR-T-26-TBM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CAMERON JONES,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Middle District of Florida

_____

**(July 21, 2005)**

Before CARNES, HULL and MARCUS, Circuit Judges

PER CURIAM:

Sheryl J. Lowenthal, appointed counsel for Cameron Jones in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S. Ct. 1396 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Jones's conviction and sentence are **AFFIRMED**.